DANIEL G. BOGDEN
United States Attorney
District of Nevada
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:   (415) 977-8938
Facsimile:   (415) 744-0134

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID I. CISMARU, | ) |
| Plaintiff | ) Case No. 2:14-cv-1432-RFB-GWF |
| v. | ) UNOPPOSED MOTION TO AMEND AND ) EXTEND BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Defendant, Carolyn W. Colvin, through her undersigned counsel of record, requests the approval of the Court, to extend the time for Defendant to file Defendant's Opposition to Plaintiff's Motion for Reversal and/or Remand to March 18, 2015.

An extension of time is needed because Defendant's counsel has been out of the office due to illness and scheduled leave.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

Counsel for Plaintiff has indicated, via e-mail, that this motion to extend the time to file is not opposed.

1

1 | Respectfully submitted this 17th day of February 2015.

DANIEL G. BOGDEN
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Assistant United States Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 18, 2015

**CERTIFICATE OF SERVICE**

I, Theophous H. Reagans, certify that the following individual was served with a copy of the **ANSWER TO COMPLAINT** on the date and via the method of service identified below:

**CM/ECF:**

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th Street
Las Vegas, Nevada 89101
Gmwesq@weltlaw.com

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd. Suite 420
Long Beach, California 90802
Marc.Kalagian@rksslaw.com

Dated this 17th day of February 2015.

 */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney