DANIEL G. BOGDEN
United States Attorney
District of Nevada
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

160 Spear Street, Suite 800
San Francisco, California 94105
Telephone:    (415) 977-8938
Facsimile:    (415) 744-0134

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID I. CISMARU,<br><br>            Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 2:14-cv-1432-RFB-GWF<br><br>UNOPPOSED MOTION TO AMEND AND<br>EXTEND BRIEFING SCHEDULE |

Defendant, Carolyn W. Colvin, through her undersigned counsel of record, requests the approval

of the Court, to extend the time for Defendant to file Defendant's Opposition to Plaintiff's Motion for

Reversal and/or Remand to April 18, 2015.  This is Defendant's second request for an extension.

An extension of time is needed because of Defendant counsel's heavy caseload.  Counsel is also

reviewing the case to consider settlement.  Counsel sincerely apologizes to the court for any

inconvenience this may have had upon it or its staff.

Counsel for Plaintiff has indicated, via telephone, that this motion to extend the time to file is

not opposed.

1

1    Respectfully submitted this 18th day of March 2015.

2

3                                    DANIEL G. BOGDEN
                                     United States Attorney
4                                    DONNA CALVERT
                                     Regional Chief Counsel, Region IX
5                                    Social Security Administration

6                                    /s/ Theophous H. Reagans
                                     THEOPHOUS H. REAGANS
7                                    Assistant United States Attorney

8                                    Attorneys for Defendant

9

10                                          ORDER

11

12   IT IS SO ORDERED.

13
     _George Foley Jr._____
14   UNITED STATES MAGISTRATE JUDGE

15

16   DATED:  March 19, 2015

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I, Theophous H. Reagans, certify that the following individual was served with a copy of the **ANSWER TO COMPLAINT** on the date and via the method of service identified below:

**CM/ECF:**

Gerald Welt
Gerald M. Welt, Chtd.
703 S. 8th Street
Las Vegas, Nevada 89101
Gmwesq@weltlaw.com

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd. Suite 420
Long Beach, California 90802
Marc.Kalagian@rksslaw.com

Dated this 17th day of February 2015.

*/s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant United States Attorney