# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

David I. Cismaru

Plaintiff,

V.

Nancy A. Berryhill, Acting Commissioner
Social Security

Defendant.

Attorney Fees

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01432-RFB-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Attorney Fees and expenses be awarded to Plaintiff in the amount of $3,750.00 pursuant to Order #33.

December 6, 2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Justin Matott

(By) Deputy Clerk